UNITED STATES of America,
Plaintiff–Appellee,

v.

**John Lee BAILEY, Defendant–Appellant.**

No. 04–16547.

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 2005.

Peter Edward Johnson, Hodges, Erwin, Hedrick & Coleman, LLP, Albany, GA, for Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, Scott A. Winne, Albany, GA, Maxwell Wood, Macon, GA, for Appellee.

Before: TJOFLAT and KRAVITCH, Circuit Judges, and JORDAN,* District Judge.

PER CURIAM:

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

\* Honorable Adalberto Jordan, United States District Judge for the Southern District of Florida, sitting by designation.

1. 11th Cir. R. 36–1 provides:

When the court determines that any of the following circumstances exist:

(a) judgment of the district court is based on findings of fact that are not clearly erroneous;

(b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;

(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

(e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.